UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ANDREDA GOLDEN, | ) | NO.   CV-11-0182-WFN |
| Plaintiff, | ) | |
| -vs- | ) | ORDER |
| WEST CORPORATION d/b/a WEST CUSTOMER MANAGEMENT GROUP, LLC, | ) | |
| Defendants, | ) | |

Pending before the Court is the parties' Agreed Motion for Entry of Protective Order, filed September 30, 2011. The Court has reviewed the file and the Agreed Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion for Entry of Protective Order, filed September 30, 2011, **ECF No. 15**, is **GRANTED**.

2. The parties' proposed Protective Order shall be filed separately.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 6th day of October, 2011.

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

10-06-11-1

ORDER