AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ANDREDA GOLDEN,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

WEST CORPORATION d/b/a WEST
CUSTOMER MANAGEMENT GROUP,
LLC,

CASE NUMBER: CV-11-0182-WFN

Defendant.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED The claims are DISMISSED WITH PREJUDICE and without costs to either party. Judgement is entered in favor of the Defendant.

| | |
|---|---|
| February 8, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Jaime M. White |
| | *(By) Deputy Clerk* |
| | Jaime M. White |